# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

DENNIS HOLLOMAN,

        Petitioner

:  No. 295 EAL 2021
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

DENNIS HOLLOMAN,

        Petitioner

:  No. 296 EAL 2021
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

DENNIS HOLLOMAN,

        Petitioner

:  No. 297 EAL 2021
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

:  No. 298 EAL 2021
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:

DENNIS HOLLOMAN,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :    No. 299 EAL 2021

    Respondent

     Petition for Allowance of Appeal
     from the Order of the Superior Court

    v.

DENNIS HOLLOMAN,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :    No. 300 EAL 2021

    Respondent

     Petition for Allowance of Appeal
     from the Order of the Superior Court

    v.

DENNIS HOLLOMAN,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :    No. 301 EAL 2021

    Respondent

     Petition for Allowance of Appeal
     from the Order of the Superior Court

    v.

DENNIS HOLLOMAN,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :    No. 302 EAL 2021

    Respondent

|  | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
|  | : |  |
|  | : |  |
| DENNIS HOLLOMAN, | : |  |
|  | : |  |
| Petitioner | : |  |

## **<u>ORDER</u>**

**PER CURIAM**

   **AND NOW**, this 5th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.

   Justice Brobson did not participate in the consideration or decision of this matter.

[295 EAL 2021, 296 EAL 2021, 297 EAL 2021, 298 EAL 2021, 299 EAL 2021, 300 EAL 2021, 301 EAL 2021 and 302 EAL 2021] - 3